# CIVIL COVER SHEET

The JS -- 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**Place an X in the appropriate box:**   ☐ **Green Bay Division**   X **Milwaukee Division**

| **I.(a) PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| Toomas P. Mitt | LG PHILIPS LCD COMPANY, LTD.<br>(See attachment for other Defendants) |
| **(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF<br>MILWAUKEE<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| **(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>SEE ATTACHMENT | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
X 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | X 410 Antitrust |
| ☐ 130 Miller Act | | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 315 Airplane ProductLiability | ☐ 365 Personal Injury | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans-Excl. Veterans | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 330 Federal Employers' Liability | | ☐ 690 Other | | ☐ 490 Cable/Satellite TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 340 Marine | | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | **PERSONAL PROPERTY** | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 345 Marine Product | ☐ 370 Other Fraud Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 |
| ☐ 195 Contract Product Liability | ☐ 371 Truth in Lending | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | | ☐ 864 SSID Title XVI | ☐ 892 Economic |
| | ☐ 355 Motor Vehicle Property Damage Product Liability | | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental |
| | ☐ 385 Property Damage | | ☐ 790 Other Labor Litigation | | ☐ 894 Energy Allocation Act |
| | ☐ 360 Other Personal Injury Product Liability | | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 895 Freedom of |
| | | | | | ☐ 900 Appeal of Fee |
| | | | | | ☐ 950 Constitutionality of |
| | | | | | ☐ 890 Other Statutory Actions |

| | | | |
|---|---|---|---|
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 870 Taxes (U.S. Plaintiff or |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 871 IRS – Third Party 26 USC 7609 |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ A | ☐ 530 General | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer w/Disabilities - Employment | ☐ 540 Mandamus & Other | |
| ☐ 290 All Other Real | ☐ 446 Amer w/Disabilities - Other | ☐ 550 Civil Rights | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | |

## V. ORIGIN *(PLACE AN "X" IN ONE BOX ONLY)*

**X** 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district    ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION *(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)*

This is an antitrust action alleging violations of the Sherman Act (15 U.S.C. § 1, *et seq*.) and Wisconsin antitrust statutes.

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
**X** UNDER F.R.C.P. 23

**DEMAND $** See Complaint

CHECK YES only if demanded in complaint:
**JURY DEMAND**:  **X** YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY *(See instructions)*:

JUDGE _____    DOCKET NUMBER _____

DATE                SIGNATURE OF ATTORNEY OF RECORD

**February 16, 2007**            s/Douglas P. Dehler

**ATTACHMENT**

**List of Further Defendants:**
LG Philips LCD America, Inc.
LG Electronics Inc.
Royal Philips Electronics NV
Samsung Electronics Co., Ltd.
Samsung Semiconductor, Inc.
AU Optronics Corporation
AU Optronics Corporation America
Chi Mei Optoelectroincs USA, Inc.
Sharp Corporation
Sharp Electronics Corporation
Toshiba Corporation
Matsushita Display Technology Co., Ltd.
Hitachi Ltd.
Hitachi Displays, Ltd.
Hitachi America Ltd.
Hitachi Electronic Devices (USA), Inc.
Sanyo Epson Imaging Devices Corporation
NEC Corporation
NEC LCD Technologies, Ltd.
IDT International, Ltd.
International Display Technology USA, Inc.
Chunghwa Picture Tubes, Ltd.
HannStar Display Corporation

**Attorneys for Plaintiff**

Douglas P. Dehler
SHEPHERD, FINKELMAN, MILLER
& SHAH, LLC
111 East Wisconsin Ave., Ste. 1750
Milwaukee, WI  53202
Tel:    414/226-9900
Fax:   414/226-9905
ddehler@sfmslaw.com

Natalie Finkelman Bennett
Nathan Zipperian
SHEPHERD, FINKELMAN, MILLER
& SHAH, LLC
35 E. State Street
Media, PA  19063
Tel:    610/891-9880
Fax:   610/891-9883
nfinkelman@sfmslaw.com