UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TOOMAS P. MITT,

      Plaintiff,

vs.

Case No. _____

LG PHILIPS LCD COMPANY LTD.,
LG PHILIPS LCD AMERICA, INC., LG
ELECTRONICS INC., ROYAL PHILIPS
ELECTRONICS NV, SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG SEMICONDUCTOR, INC.,
AU OPTRONICS CORPORATION, AU OPTRONICS
CORPORATION AMERICA, CHI MEI
OPTOELECTRONICS USA, INC., SHARP
CORPORATION, SHARP ELECTRONICS
CORPORATION, TOSHIBA CORPORATION,
MATSUSHITA DISPLAY TECHNOLOGY CO., LTD.,
HITACHI LTD., HITACHI DISPLAYS, LTD., HITACHI
AMERICA LTD., HITACHI ELECTRONIC DEVICES (USA)
INC., SANYO EPSON IMAGING DEVICES CORPORATION,
NEC CORPORATION, NEC LCD TECHNOLOGIES, LTD.,
IDT INTERNATIONAL, LTD., INTERNATIONAL DISPLAY
TECHNOLOGY USA, INC., CHUNGHWA PICTURE TUBES
LTD., and HANNSTAR DISPLAY CORPORATION

      Defendants.

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for the Plaintiff, Christopher J. Stawski, furnishes the following list in compliance with General Local Rule 83.9:

    (a)(1)   The full name of the plaintiff is Toomas P. Mitt;

    (a)(2)   The plaintiff is an individual;

    (a)(2)(i)-(ii)   Not applicable;

(a)(3)   Shepherd, Finkelman, Miller & Shah, LLC appears in this case as counsel for the plaintiff Toomas P. Mitt, and it is expected that Douglas P. Dehler will be the attorney appearing before the Court in this case.

Dated this 16th day of February, 2007

                     **SHEPHERD, FINKELMAN, MILLER & SHAH, LLC**

                     _____s/Douglas P. Dehler_____
Douglas P. Dehler (SBN 1000732)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLC
111 East Wisconsin Avenue, Suite 1750
Milwaukee, Wisconsin  53202
Tel:   414/226-9900
Fax:   414/226-9905
Email: ddehler@sfmslaw.com

Case 2:07-cv-00952-SPS Document 2 Filed 02/16/2007 Page 2 of 2