**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
———————————
www.cand.uscourts.gov

Richard W. Wieking                                                           General Court Number
Clerk                                                                                      415.522.2000

6 June 2007

Re:   MDL 07 – 1827 In re TFT-LCD (Flat Panel) Antitrust Litigation

Title of Case                                                                Case Number
*Toomas P. Mitt -v- LG Philips LCD Company LTD, et al*          *C.A. No. 2:07-0151*

Dear Sir/Madam:

        This is to advise you that the above entitled case has been transferred from the Eastern District of Wisconsin to this Court pursuant to 28 U.S.C. §1407(c) and assigned to the Honorable Susan Illston.  We have given the action the individual case number ***C 07 2912 SI***.

        Please be advised that this action has been designated as an E-Filing case. Therefore, counsel is directed to immediately register as an ECF user with the Northern District of California.   Information on registration and an on-line registration form can be found in our website at https://ecf.cand.uscourts.gov

                                                                Sincerely yours,

                                                                *R. C. Santos*

                                                                Rufino C. Santos
                                                                Deputy Clerk

cc: Counsel
       MDL