1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10

| 11 | IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. C07-1827 SI |
|---|---|---|
| 13 | THIS DOCUMENT RELATES TO | No. C-07-2796 SI |
| 15 | *EMW, Inc. v. LG Philips LCD Co., Ltd. et al.* | |
| 16 | Case No. C-07-2796 SI and | [PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL FOR THE CALIFORNIA INDIRECT PURCHASERS SUBGROUP |
| 17 | ALL INDIRECT PURCHASER ACTIONS | |

23   Plaintiff EMW, Inc.'s Motion To appoint Interim Class Counsel For the California Indirect
24 Purchasers Subgroup came on for hearing on July 10, 2007 before the Honorable Susan Illston.
25 Lingel H. Winters, Esq. and Thomas V. Girardi, Esq. appeared in behalf of plaintiff and the
26 putative class of indirect purchasers. After reviewing the papers filed and hearing argument by
27 all parties: the court hereby enters the following order:
28

---

PETITION TO BE APPOINTED INTERIM CLASS COUNSEL FOR THE CALIFORNIA INDIRECT
PURCHASERS SUBGROUP

- 2 -

21  IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT

2

3  Plaintiff EMW's Motion To Appoint Interim Class Counsel For the California Indirect Purchasers
4  Subgroup is GRANTED and the law firms of Girardi & Keese per Thomas V. Girardi, Esq. and
5  Lingel H. Winters P.C. are appointed interim class counsel for the California Indirect Purchasers
6  Subgroup and putative class.

7

   Dated:  July ___, 2007                                    _____
8                                                            Honorable Susan Illston
9                                                            UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL FOR THE CALIFORNIA INDIRECT
PURCHASERS SUBGROUP